UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:06-cr-00179-SEB-DML |
| | ) | |
| CHARLES LEE MITCHELL, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ENTRY**

Counsel associated with the Indiana Federal Community Defender's Office was appointed to represent Defendant Charles Lee Mitchell on his motion to reduce sentence under the First Step Act. Counsel's motion for leave to withdraw was granted on July 22, 2019. Two months later, Counsel filed an appearance to represent Mr. Mitchell.

Given Counsel's most recent appearance, this action is once again stayed pending defense counsel's review and analysis of the Defendant's eligibility for a reduction of sentence pursuant to the First Step Act of 2018, and to allow counsel to communicate with the Defendant regarding the attorney-client relationship, this matter is stayed. Proceedings will resume, and the stay will be lifted, when the Indiana Federal Community Defender files an Amended Motion for Reduction of Sentence on the Defendant's behalf, a Stipulation to Reduction of Sentence is filed, or the Court grants the Indiana Federal Community Defender's motion to withdraw from the Defendant's case.

**IT IS SO ORDERED.**

Date: _____1/30/2020_____

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Charles Lee Mitchell
08403-028
Federal Galley # 162112 2 West
P.O. Box 87
Danville, IN  46122